UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA J. LOVELL,

            Plaintiff,

- against -

NIESA ROBERTS, ET AL.,

            Defendants.

24-cv-2873 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, on **October 8, 2024**, at **3:00 p.m.**, for a conference in connection with the defendants' motion to dismiss,

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          October 1, 2024

                                      John G. Koeltl
                                  United States District Judge