```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

BARBARA J. LOVELL,

                Plaintiff,          24-cv-2873 (JGK)

     - against -                   <u>ORDER</u>

NIESA ROBERTS, ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL**, District Judge:

    The time for the plaintiff to file an amended complaint is extended to **November 26, 2024.**

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket of the Court.

SO ORDERED.

Dated:    New York, New York
           November 11, 2024

                                      John G. Koeltl
                                United States District Judge