```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BARBARA J. LOVELL,                     24-cv-2873 (JGK)

        Plaintiff,                     ORDER

    - against -

BRONX COUNTY DISTRICT ATTORNEY'S
OFFICE, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion to dismiss on **Wednesday, December 18, 2024, at 3:00 p.m.**

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:     New York, New York
             December 10, 2024

                                                John G. Koeltl
                                       United States District Judge