UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BARBARA J. LOVELL,                                :
                                                  :
               Plaintiff,                       :
                                                  :        24-CV-2873 (JAV)
        -v-                                     :
                                                  :        ORDER
CITY OF NEW YORK, BRONX COUNTY DISTRICT           :
ATTORNEY'S OFFICE,                                :
                                                  :
               Defendants.                      :
------------------------------------------------------------------ :
                                                  :
                                                  X

JEANNETTE A. VARGAS, United States District Judge:

        On January 22, 2025, Defendants in this case submitted a motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6). (ECF No. 43). Defendants did not submit any evidentiary material in support of this motion, and the arguments in their memorandum of law appear to focus solely on the sufficiency of the pleadings. (ECF No. 44).

        Defendants nonetheless filed the Notice to Pro Se Litigants that is required under Local Rule 12.1, informing Plaintiff that Defendants had relied on written materials outside the pleadings, and that her failure to file sworn affidavits as required by Rule 56(c) and other documents might result in the dismissal of her claims. (ECF No. 45).

        Plaintiff filed a letter on March 6, 2025, requesting an enlargement of time until March 24, 2025, to prepare her sworn affidavits, which she apparently believes were "court ordered." (ECF No. 46).

        By **March 13, 2025,** Defendants shall submit a letter to the Court explaining the basis for the service of a Local Rule 12.1 Notice in this case and clarifying whether Defendants have relied upon written materials outside of the pleadings in support of their motion to dismiss.

2

      Plaintiff's deadline for responding to the motion to dismiss is extended to **April 4, 2025.**

Defendants' reply papers shall be due **April 18, 2025.**

    SO ORDERED.

Dated: March 10, 2025  
       New York, New York                            _____  
                                                               JEANNETTE A. VARGAS  
                                                                United States District Judge