```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BARBARA J. LOVELL,                                                :
                                                                  :
                              Plaintiff,                          :   24-CV-02873 (JAV)
                                                                  :
              -v-                                                 :   ORDER
                                                                  :
CITY OF NEW YORK, BRONX COUNTY                                    :
DISTRICTATTORNEY'S OFFICE,                                        :
                                                                  :
                              Defendants.                         X
------------------------------------------------------------------
```

JEANNETTE A. VARGAS, United States District Judge:

On March 6, 2025, the *pro se* Plaintiff requested an enlargement of time until March 24, 2025, to submit her opposition to the motion to dismiss the complaint. Plaintiff requested this time to prepare sworn affidavits, which she apparently believes were "court ordered." (ECF No. 46).

On March 10, 2025, the Court ordered Defendants to submit a letter explaining the basis for the service of the Local Rule 12.1 Notice in this case to clarify whether Defendants had relied upon written materials outside of the pleadings in support of their motion to dismiss. (ECF No. 47).

According to the letter filed by Defendants on March 12, 2025, "the Rule 12.1 Notice was served in error and Defendants did not rely on any materials outside of the pleadings in support of their motion to dismiss." (ECF No. 48).

Accordingly, the Notice to Pro Se Litigants, filed by Defendants on January 22, 2025, (ECF No. 45), was filed in error and the Plaintiff does not need to submit any affidavits, declarations or evidence with her response to Defendants' motion to dismiss.

The parties are reminded that, as previously stated in the Court's March 10, 2025 Order, Plaintiff's deadline for responding to the motion to dismiss is **April 4, 2025**. Defendants' reply papers shall be due **April 18, 2025.** (ECF No. 47).

SO ORDERED.

Dated: March 17, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge