UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                    :
BARBARA J. LOVELL,                                                  :
                                                                    :
                              Plaintiff,                            :          24-CV-02873 (JAV)
                                                                    :
          -v-                                                       :          ORDER REGARDING
                                                                    :          APPOINTMENT OF
THE CITY OF NEW YORK, et al.,                                       :          PRO BONO COUNSEL
                                                                    :
                              Defendants.                           :
-------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

        The Clerk of Court is directed to attempt to locate pro bono counsel to represent Plaintiff

at a settlement conference to be conducted before the Magistrate Judge.  If counsel is located,

such counsel will represent Plaintiff solely for purposes of the settlement negotiations and that

representation will terminate at the conclusion of the settlement process.  If the Clerk of Court is

unable to locate counsel, Plaintiff must appear without counsel at the settlement conference.

Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the parties should

contact the designated Magistrate Judge to schedule a date for the settlement conference.

        SO ORDERED.

Dated:  May 28, 2026                          _____
        New York, New York                         JEANNETTE A. VARGAS
                                                   United States District Judge