Request GRANTED. However, Defendants should have communicated with the Office of the Comptroller much earlier to avoid any last-minute adjournments.

The settlement conference scheduled for November 13, 2026 is ADJOURNED *sine die*. The parties are to reach out to chambers via email to reschedule the conference by **November 20, 2026**. Defendants are to provide confirmation to the Court via email, **at least one week before the rescheduled conference**, that they have authority to settle the case. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
November 13, 2026

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF**
**LAW DEP**
**100 CHURC**
**NEW YORK**

**<u>VIA ECF</u>**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square. Courtroom 225
New York, NY 10007

Re: <u>Lovell v. City of New York et al.,</u>
24-cv-02873 (JAV)

Dear Judge Willis:

I am an Assistant Corporation Counsel in the office of Steven Banks, attorney for Defendants in the above-referenced matter. I write to respectfully request an adjournment of the settlement conference, currently scheduled for tomorrow, November 13, 2026. This is the second request for an adjournment of the conference.

I sincerely apologize for the late notice but due to the nationwide Microsoft outage I have been unable to communicate with the Office of the Comptroller today to confirm whether or not Defendants have authority to settle this case at the conference tomorrow. I also have been unable to communicate with Plaintiff's pro bono counsel for settlement purposes to obtain Plaintiff's position on a last minute adjournment.

Further, today, while reviewing discovery materials in this case, the undersigned became aware of documents regarding Plaintiff's purported leave without pay requests that may necessitate a change in posture regarding the amount of settlement authority I am requesting from the Comptroller, and our settlement position as a whole.

I apologize again for the last minute request but due to the nationwide Microsoft outage I have no access to my email or our file system to be able to communicate with the Comptroller about my authority request or to email Plaintiff's pro bono counsel for their position or consent, though I left a voicemail with Plaintiff's pro bono counsel earlier this afternoon.

Accordingly, Defendants respectfully request that the settlement conference be adjourned at least one week to provide the undersigned time to confer with the Office of the Comptroller about their position on settling this case.

Respectfully submitted,

/s/ Conner J. Quinn

Conner J. Quinn
Assistant Corporation Counsel

cc: Danika Gallup (via ECF)
Pro Bono Attorney for Plaintiff, for settlement purposes only